Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

_____ Division

**FILED**

1:14 pm, Jan 13, 2022

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

| | |
|---|---|
| REBECCA JANE HANKINS, DAVID JAMES ROACH,, | Case No. 1:22-cv-00080-JMS-DLP |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| MontgomeryCounty, Sherri Bently, MONTGOMERY COUNTY ASSESSOR, WINGATE PROPERTIES LLC BY VINCENT C. KREGEAR.35277-49, | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.      The Parties to This Complaint**

   **A.      The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Rebecca Jane Hankins & David James Roach |
| Street Address | 20 Center Drive |
| City and County | Montgomery County Crawfordsville |
| State and Zip Code | Indiana DMM 602 1.3 e2 zip exempt |
| Telephone Number | 765-362-7378 |
| E-mail Address | whistleblowertruth@yahoo.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sherri Bently |
| Job or Title *(if known)* | Montgomery County Assessor, AAS |
| Street Address | 100 E Main St., Crawfordsville, IN 47933 |
| City and County | Montgomery County Crawfords ville |
| State and Zip Code | Indiana  47933 |
| Telephone Number | 765-364-6422 |
| E-mail Address *(if known)* | sherri.bentley@montgomerycounty.in.gov |

Defendant No. 2

| | |
|---|---|
| Name | Troy Tarpin Wingate Properties LLC |
| Job or Title *(if known)* | Property manager |
| Street Address | Initiating PO Box 354 |
| City and County | Connersville Fayette County |
| State and Zip Code | Indiana  47331 |
| Telephone Number | (765) 338-6192 - Wireless Last reported Mar 2021 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | Vincent C. Kregear.35277-49 |
| Job or Title *(if known)* | Counsil of Record for Troy Tarpin Wingate Properties LLC |
| Street Address | 501 N. Central Ave.  or  12048 Saint Marys Rd |
| City and County | 1st is Connersville  2nd Brookville, |
| State and Zip Code | Indiana 47331  Brooksville 47012-8824  Franklin County |
| Telephone Number | (317) 941-9864 |
| E-mail Address *(if known)* | vkregear@greesonlaw.com or vkregear1@hotmail.com |

Defendant No. 4

| | |
|---|---|
| Name | MontgomeryCounty |
| Job or Title *(if known)* | County Council |
| Street Address | 100 E Main St |
| City and County | Crawfordsville MontgomeryCounty |
| State and Zip Code | Indiana 47933 |
| Telephone Number | 765) 364-6400 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*   jake.bohlander@montgomerycounty.in.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5th Amendment for A taking of property without just compensation witout a public purpose but for sell to a private party? 1
Does the State of Indiana have to follow its own statutes The property in question was and is exempt under Ind. Code 6-1.1-2-7 § (1) (2) &(3) Exempt property? 2
 A challenge to the validity of a tax on exempt property is a challenge to the legality, not the correctness, of a tax; thus, such challenge may be filed directly in District court without being reviewed by a jurisdiction's board of review and tax commission.2   see Exhibit E 72 Am. Jur. 2d State and Local Taxation § 683. Exempt or nontaxable property? 3
Is the State of Indana bound to obey 26 U.S.C.A. § 6334, I.R.C. § 6334. Property exempt from levy (13) (i) any real property used as a residence by the taxpayer; or (residence meaning home)? 4

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The property I was told can be assessed at the sum of one hundred and fifty thousand Dallars $150,0000 as relayed by Troy Tarvin to my son James Roach. I was notified it's more in the range of $130,000.  My son James Roach was negociating to work with Troy Tarvin so he woukdnt lose money as the property was illegally taxed and sold.However, Troy Tarvin of Windgate Properties LLC demanded $2,000 down payments over $500 dollars a month with 12% interest over 15 years with a selling price of $32,000 in the middle of a pandemic! My oldest son James is 100% Service-Connected Marine War Time Veteran on a fixed income and no one can afford 12% interest.  Techically this price gouging for a home where no tax is even required.  Then there is mental angush and worry I/we have faced for the repeated attempts to tax & take and sell the property over 10 plus years and in a civil suit I/we motion for 1.5 million in damages in all.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

### III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In Montgomery County Crawfordsvile Indiana The property was unlawfully assessed  Taxed and sold in 2015  54C01-1609-MI-000727 cause number. Which was for our challenge to the tax  discharged by Assessor upon my challenged and the property returned for two reasons:
1. The property in question was and is exempt under Ind. Code 6-1.1-2-7 § (1) (2) &(3) Exempt property.
2. We received no lawful notice of sale as required by Indiana law.
I now have a writ of Assistance filed against me  See Attached Complaint

B. What date and approximate time did the events giving rise to your claim(s) occur?

This all started 9/17/2014 I have however received other legal documents informing me the property in question known as 20 Center drive Crawfordsville Indiana was ordered sold again at tax sale on or around 9/16/2016. In which Vincent Kreager now claims wingate properties LLC has obtained and filed a tax Deed and seeks a writ of assistance related to the related 54C01-1609-MI-000727 cause number
Which was discharged upon my court challenge and the property returned for two reasons:
1.The property in question was and is exempt under Ind. Code 6-1.1-2-7 § (1) (2) &(3) Exempt property.further the Assessor never challeged the properties status as exmpt from taxtion.
2.We received no lawful notice of sale as required by Indiana law.

C. What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

The property is exempt from taxation under Ind. Code 6-1.1-2-7 § (1) (2) &(3) Exempt property and was taken and sold under color of law under color of official office. This has been a continued issue where Montgomery county will not stop assessing and taxing the property. I/we have received a Notice for writ of Assistance to remove us from our home.

### IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

The loss of our home would put us on the streets my sons are disabled and I Rebecca Jane Hankins am a 71 year old widow. I do not make enough money to afford renting as I am on a fixed income from social security. My home is my lifes work it is all I have. The Courts allowing me to be removed would be unjust and a miscarriage of law.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

That an Injective Oder be issued against any writ of Assistance whileI/we Rebecca Jane:-Hankins & David James:-Roach  persue this Civil suit in the Federal District Court to Recover the property and damages for the abuses done.Unless this Court can Order the return of said property Known as 20 Center Drive Crawfordsville, Indiana  with the Allodial Title to prevent any future issues and order it be marked in the records as untaxable with a suitable order for damages.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     01/11/2022

Signature of Plaintiff     Rebecca Jane Hankins  David James Roach Electronically signed

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| Printed Name of Plaintiff | Rebecca Jane Hankins David James Roach |

**B.    For Attorneys**

Date of signing: _____

| Signature of Attorney | N/A |
|---|---|
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |