# United States District Court
for the
Southern District of Indiana

"

| | | |
|---|---|---|
| Rebecca Jane Hankins, David James Roach, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Cause No: 1:22-cv-00080-JMS-DLP |
| | ) | |
| | ) | |
| SHERRI BENTLEY, COUNTY ASSESSOR, | ) | |
| WINGATE PROPERTIES LLC | ) | |
| BY VINCENT C. KREGEAR.35277-49 | ) | |
| MONTGOMERY COUNTY | ) | |
| *Defendants.* | ) | |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendants' names and addresses*)

| | | |
|---|---|---|
| 100 E Main St., Crawfordsville, IN 47933 Sherri Bentley, Montgomery County Assessor phone Ph 765-364-6422 Email sherri.bentley@montgomerycounty.in.gov | Windgate Properties LLC Initiating PO Box 354 Connersville Indiana  by Vincent C. Kregear.35277-49 501 N. Central Ave. Connersville Indiana 47331 Email vkregear@greesonlaw.com | Montgomery County Council 100 E Main St Crawfordsville, IN 47933  Business: (765) 364-6400 Email jake.bohlander@montgomerycounty.in.gov |

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

    Rebecca Jane:-Hankins & David James:-Roach 20 Center Drive Crawfordsville, Indiana

. DMM 602 1.3 e2 zip exempt ph 765-362-7378 email whistleblowertruth@yahoo.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.