Delete LAST Page

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Indiana

Rebecca J Hankins David J Roach

V.

SHERRI BENTLEY, MONTGOMER

# EXHIBIT AND WITNESS LIST

Case Number:

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY<br>Sui Juris pro se | | DEFENDANT'S ATTORNEY<br>Vincent C. Kregear.35277-49 |
| --- | --- | --- | --- | --- | --- |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | 1/11/2022 | | | All exhibits are self-authenticating per Indiana & Federal rules of Evidence 902 § 5. |
| 1 | | 1/11/2022 | A | | Exhibit A Ind Code § 6-1.1-2-7(1)(2)(3) Exempt property |
| 2 | | 1/11/2022 | B | | Exhibit B Ind. Code § 6-1.1-1-11 (3) |
| 3 | | 1/11/2022 | C | | Exhibit C Ind. Code § 6-1.1-1-19 |
| 4 | | 1/11/2022 | D | | 35 C.J.S. Extortion § 13 Extortion under Hobbs Act, generally |
| 5 | | 1/11/2022 | E | | Exhibit E 72 Am. Jur. 2d State and Local Taxation § 683. Exempt or nontaxable property |
| 6 | | 1/11/2022 | F | | Exhibit F 84 C.J.S. Taxation § 156 Intangible personal property—Particular obligations, securities, o |
| 7 | | 1/11/2022 | G | | Exhibit G 84 C.J.S. Taxation § 151 Real property and appurtenances and interests therein |
| 8 | | 1/11/2022 | H | | Exhibit H 26 U.S.C.A. § 6334, I.R.C. § 6334. Property exempt from levy (13) |
| 9 | | 1/11/2022 | J | | Exhibit J 50 IAC 4.2-1-1.1 Primary definitions, (2)(n)(o) |
| 10 | | 1/11/2022 | K | | Exhibit K 16B Am. Jur. 2d Constitutional Law § 647 Statutory property rights |
| 11 | | 1/11/2022 | L | | Exhibit L 82 C.J.S. Statutes § 393 Facts recited in statutes as evidence |
| 12 | | 1/11/2022 | M | | Exhibit M Westervelt v. Woodcock, 15 N.E.3d 75 (Ind. Ct. App. 2014) |
| 13 | | 1/11/2022 | N | | Exhibit N 84 C.J.S. Taxation § 7 Generally |
| 14 | | 1/11/2022 | O | | Exhibit O 16A Am. Jur. 2d Constitutional Law § 356 Regulation of occupations pursuant to police po |
| 15 | | 1/11/2022 | P | | Exhibit P 71 Am. Jur. 2d State and Local Taxation § 3 Nature and purpose of tax—Necessity that ta |
| 16 | | 1/11/2022 | Q | | Exhibit Q 71 Am. Jur. 2d State and Local Taxation § 36 Constitutional basis of requirement of public |
| 17 | | 1/11/2022 | R | | Exhibit R 67B Am. Jur. 2d Sales and Use Taxes § 156 Nexus between state and use of property be |
| 18 | | 1/11/2022 | S | | Exhibit S 16B Am. Jur. 2d Constitutional Law § 634 Particular property rights in context of constitutio |
| 19 | | 1/11/2022 | T | | Exhibit T 63C Am. Jur. 2d Property § 46 Procedure in actions involving property, generally; parties |
| 20 | | 1/11/2022 | U | | Exhibit U 63C Am. Jur. 2d Property § 42 Theft of personal property as affecting owner's title and rig |
| 21 | | 1/11/2022 | V | | Exhibit V 31A Am. Jur. 2d Extortion, Blackmail, etc. § 9 Color of office |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Rebecca J Hankins David J Roach | vs. | SHERRI BENTLEY, MONTGOMER | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 1/11/2022 | W | | Exhibit W 31A Am. Jur. 2d Extortion, Blackmail, etc. § 6 Generally |
| 23 | | 1/11/2022 | X | | Exhibit X 31A Am. Jur. 2d Extortion, Blackmail, etc. § 8 Who may commit offense |
| 24 | | 1/11/2022 | Y | | Exhibit Y 7 C.J.S. Assistance, Writ of § 12 Issues, hearing, and evidence |
| 25 | | 1/11/2022 | Z | | Exhibit Z alleged notice for writ of Assistance |
| 26 | | 1/11/2022 | Z1 | | Exhibit Z1 14 C.J.S. Civil Rights § 110 Civil rights actions pertaining to zoning and land use |
| 27 | | 1/11/2022 | Z2 | | Exhibit Z2 7 C.J.S. Assistance, Writ of § 8 Defenses |
| 28 | | 1/11/2022 | I | | Exhibit I 14 C.J.S. Civil Rights § 109 Deprivation of rights by person acting under color of law, gener |

Page __2__ of __2__ Pages

To delete this page return to the top of the first page and click the "Delete LAST Page" button.

[ New Page ]
[ Print ] [ Save As... ] [ Export as FDF ] [ Retrieve FDF File ] [ Reset ]