Cause #                          Exhibit A

> West's Annotated Indiana Code
>    Title 6. Taxation
>       Article 1.1. Property Taxes
>          Chapter 2. Imposition of Tax (Refs & Annos)

IC 6-1.1-2-7

## 6-1.1-2-7 Exempt property

Effective: July 1, 2019
Currentness

Sec. 7. (a) As used in this section, "nonbusiness personal property" means personal property that is not:

   (1) held for sale in the ordinary course of a trade or business;

   (2) held, used, or consumed in connection with the production of income; or

   (3) held as an investment.

(b) The following property is not subject to assessment and taxation under this article:

   (1) A commercial vessel that is subject to the net tonnage tax imposed under IC 6-6-6.

   (2) A vehicle that is subject to the vehicle excise tax imposed under IC 6-6-5.

   (3) A motorized boat or sailboat that is subject to the boat excise tax imposed under IC 6-6-11.

   (4) Property used by a cemetery (as defined in IC 23-14-33-7) if the cemetery:

      (A) does not have a board of directors, board of trustees, or other governing authority other than the state or a political subdivision; and

      (B) has had no business transaction during the preceding calendar year.

   (5) A commercial vehicle that is subject to the annual excise tax imposed under IC 6-6-5.5.

   (6) Inventory.

(7) A recreational vehicle or truck camper that is subject to the annual excise tax imposed under IC 6-6-5.1.

(8) The following types of nonbusiness personal property:

    (A) All-terrain vehicles.

    (B) Snowmobiles.

    (C) Rowboats, canoes, kayaks, and other human powered boats.

    (D) Invalid chairs.

    (E) Yard and garden tractors.

    (F) Trailers that are not subject to an excise tax under:

        (i) IC 6-6-5;

        (ii) IC 6-6-5.1; or

        (iii) IC 6-6-5.5.

(9) For an assessment date after December 31, 2018, heavy rental equipment (as defined in IC 6-6-15-2) that is rented or held for rental or sale, the rental of which is or would be subject to the heavy equipment rental excise tax provisions under IC 6-6-15; provided, however, that a rentee that is exempt under IC 6-6-15-4(a)(3) from such excise tax shall be subject to the provisions of this article on such equipment.

**Credits**
As added by P.L.1-1990, SEC.66. Amended by P.L.52-1997, SEC.1; P.L.181-1999, SEC.1; P.L.146-2008, SEC.50, eff. Jan. 1, 2008; P.L.131-2008, SEC.3, eff. Jan. 1, 2009; P.L.1-2009, SEC.27, eff. April 30, 2009; P.L.256-2017, SEC.1, eff. July 1, 2017; P.L.188-2018, SEC.1, eff. Jan. 1, 2019; P.L.234-2019, SEC.1, eff. July 1, 2019.

Notes of Decisions (5)

I.C. 6-1.1-2-7, IN ST 6-1.1-2-7
The statutes and Constitution are current with all legislation of the 2021 First Regular Session of the 122nd General Assembly effective through July 1, 2021.

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.