Cause #                          Exhibit B

West's Annotated Indiana Code
  Title 6. Taxation
    Article 1.1. Property Taxes
      Chapter 1. General Definitions and Rules of Construction

IC 6-1.1-1-11

6-1.1-1-11 "Personal property" defined

Effective: April 30, 2009
Currentness

Sec. 11. (a) Subject to the limitation contained in subsection (b), "personal property" means:

  (1) billboards and other advertising devices which are located on real property that is not owned by the owner of the devices;

  (2) foundations (other than foundations which support a building or structure) on which machinery or equipment:

    (A) held for sale in the ordinary course of a trade or business;

    (B) held, used, or consumed in connection with the production of income; or

    (C) held as an investment;

  is installed;

  (3) all other tangible property (other than real property) which:

    (A) is being held as an investment; or

    (B) is depreciable personal property; and

  (4) mobile homes that do not qualify as real property and are not described in subdivision (3).

(b) Personal property does not include the following:

  (1) Commercially planted and growing crops while in the ground.

(2) Computer application software.

(3) Inventory.

**Credits**

Amended by P.L.41-1984, SEC.1; P.L.98-1989, SEC.3; P.L.214-2005, SEC.10, eff. Jan. 1, 2006; P.L.146-2008, SEC.48, eff. Jan. 1, 2008; P.L.131-2008, SEC.2, eff. Jan. 1, 2009; P.L.1-2009, SEC.26, eff. April 30, 2009.

Notes of Decisions (4)

I.C. 6-1.1-1-11, IN ST 6-1.1-1-11

The statutes and Constitution are current with all legislation of the 2021 First Regular Session of the 122nd General Assembly effective through July 1, 2021.

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.