Cause # Exhibit C

West's Annotated Indiana Code
　Title 6. Taxation
　　Article 1.1. Property Taxes
　　　Chapter 1. General Definitions and Rules of Construction

IC 6-1.1-1-19

6-1.1-1-19 "Tangible property" defined

Currentness

Sec. 19. "Tangible property" means real property and personal property as those terms are defined in this chapter.

I.C. 6-1.1-1-19, IN ST 6-1.1-1-19
The statutes and Constitution are current with all legislation of the 2021 First Regular Session of the 122nd General Assembly effective through July 1, 2021.

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.