§ 683. Exempt or nontaxable property, 72 Am. Jur. 2d State and Local Taxation § 683

Cause #                                                    Exhibit E

# 72 Am. Jur. 2d State and Local Taxation § 683

**American Jurisprudence, Second Edition** | November 2021 Update

**State and Local Taxation**
John Bourdeau, J.D., Romualdo P. Eclavea, J.D., Janice Holben, J.D., Alan J. Jacobs, J.D., Sonja Larsen, J.D., Jack K. Levin, J.D., Anne E. Melley, J.D., LL.M., of the staff of the National Legal Research Group, Inc., Jeffrey J. Shampo, J.D., and Eric C. Surette, J.D.

**Part Nine. Assessment and Levy**

**XLV. Abatement and Proceedings Therein**

**A. Grounds for Relief**

## § 683. Exempt or nontaxable property

Topic Summary | Correlation Table | References

> **West's Key Number Digest**
> West's Key Number Digest, Taxation 2645

Whether a tax assessment may be abated upon the ground that the assessors included property not subject to taxation (either because it was expressly made exempt by controlling statutes, because it was not property of the kind subjected to taxation by the general revenue statutes of the taxing jurisdiction, or because it had no situs for tax purposes within the taxing district in question) depends primarily upon the applicable legislation relating to or affecting the subject of the abatement of assessments. It has been frequently recognized that under a proper interpretation of the applicable legislative enactments, an abatement may, in a proper case, be granted upon the ground indicated.[1] A challenge to the validity of a tax on exempt property is a challenge to the legality, not the correctness, of a tax; thus, such challenge may be filed directly in district court without being reviewed by a jurisdiction's board of review and tax commission.[2]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

**Footnotes**

[1]   All Saints Parish v. Inhabitants of Town of Brookline, 178 Mass. 404, 59 N.E. 1003 (1901); In re Masonic Temple Soc., 90 W. Va. 441, 111 S.E. 637, 22 A.L.R. 892 (1922).

[2]   Triangle Marine, Inc. v. Savoie, 681 So. 2d 937 (La. 1996).

**End of Document**                                                  © 2021 Thomson Reuters. No claim to original U.S. Government Works.

**WESTLAW**   © 2021 Thomson Reuters. No claim to original U.S. Government Works.