Cause #                                              Exhibit F

## 84 C.J.S. Taxation § 156

**Corpus Juris Secundum** | November 2021 Update

**Taxation**

John Bourdeau, J.D., James Buchwalter, J.D., Paul M. Coltoff, J.D., John Glenn, J.D., Rebecca Hatch, J.D., Janice Holben, J.D., Alan J. Jacobs, J.D., John Kimpflen, J.D., Stephen Lease, J.D., Lucas Martin, J.D., Eric Mayer, J.D., Tom Muskus, J.D., Karl Oakes, J.D., Jeffrey J. Shampo, J.D., Eric C. Surette, J.D.,

**III. Liability of Persons and Property**

**A. Private Persons and Property**

**5. Situs of Property**

## § 156. Intangible personal property—Particular obligations, securities, or interests

Topic Summary | References | Correlation Table

> **West's Key Number Digest**
> West's Key Number Digest, Taxation 2207 to 2210

**The general rule fixing the situs of intangibles at the domicile of the owner has been applied to various obligations, securities, or interests.**

Intangible property like an owner's interest in a promissory note[1] and bank deposits[2] has a situs and are taxable in a state in which the owner is a resident or is domiciled, notwithstanding the debt or obligation involved is due from a nonresident.[3] Conversely, such property, when owned by a nonresident in the absence of a showing to the contrary, does not have a situs and is not taxable in a particular state, notwithstanding the debt or obligation involved is due from a resident.[4] Where the situs of a note for the imposition of a tax thereon becomes fixed in a particular state, its removal from the state does not prevent the imposition of the tax.[5]

*Mortgages and loans or credits secured by mortgage.*

Ordinarily, a mortgage on land in another state or the interest secured by such mortgage owned by a resident or person domiciled in a particular state is taxable in the state of domicile or residence.[6] Conversely, in the absence of a statute establishing a different rule, a mortgage or mortgage credit on or secured by land situated within a particular state[7] or an evidence of indebtedness secured by such a mortgage[8] is not taxable by that state or by its authority when the owner and holder of the mortgage or evidence of indebtedness is a nonresident regardless of the mere fact that the documents involved are within the state.[9]

*Governmental obligations and securities.*

§ 156. Intangible personal property—Particular obligations,..., 84 C.J.S. Taxation § 156

In accordance with the general rule, bonds issued by states, municipalities, or foreign governments ordinarily have their situs for taxation at the domicile of the owner and are therefore taxable in the state in which the owner is domiciled, notwithstanding they are kept or deposited outside the state.[10]

*Bank deposits.*

Property of an intangible nature, such as bank deposits, generally has no situs of its own for purposes of taxation and is therefore assessable only at its owner's domicile regardless of the actual location of the evidence of such debt.[11] The tax situs of a bank deposit depends on whether the deposited funds are the property of the bank or of the depositor, and this question of ownership, in turn, depends on whether that initial deposit is deemed special or general.[12]

Westlaw. © 2021 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Footnotes

| | | |
|---|---|---|
| 1 | | Ga.—Davis v. Penn Mut. Life Ins. Co., 198 Ga. 550, 32 S.E.2d 180, 160 A.L.R. 778 (1944). |
| 2 | | Ohio—Winchester v. Porterfield, 27 Ohio St. 2d 122, 56 Ohio Op. 2d 68, 271 N.E.2d 786 (1971). |
| 3 | | U.S.—Fidelity & Columbia Trust Co. v. City of Louisville, 245 U.S. 54, 38 S. Ct. 40, 62 L. Ed. 145 (1917). |
| 4 | | Okla.—Brown v. Holden, 1965 OK 161, 410 P.2d 528 (Okla. 1965). |
| 5 | | Okla.—Williams v. Zachary, 1969 OK CIV APP 5, 463 P.2d 343 (Ct. App. 1969). |
| 6 | | U.S.—Curry v. McCanless, 307 U.S. 357, 59 S. Ct. 900, 83 L. Ed. 1339, 123 A.L.R. 162 (1939). |
| 7 | | Ga.—Davis v. Penn Mut. Life Ins. Co., 198 Ga. 550, 32 S.E.2d 180, 160 A.L.R. 778 (1944). |
| 8 | | Ga.—Davis v. Penn Mut. Life Ins. Co., 201 Ga. 821, 41 S.E.2d 406 (1947). |
| 9 | | Ariz.—Maricopa County v. Trustees of Arizona Lodge No. 2, F. & A. M., 52 Ariz. 329, 80 P.2d 955 (1938).<br>Ga.—Suttles v. Associated Mortgage Companies, 193 Ga. 78, 17 S.E.2d 272 (1941).<br>Property of nonresident, generally, see §§ 145 to 149. |
| 10 | | Mo.—State ex rel. American Cent. Ins. Co. v. Gehner, 320 Mo. 901, 9 S.W.2d 621, 59 A.L.R. 1041 (1928). |
| 11 | | R.I.—Fleet Nat. Bank v. Clark, 714 A.2d 1172 (R.I. 1998). |
| 12 | | R.I.—Fleet Nat. Bank v. Clark, 714 A.2d 1172 (R.I. 1998). |

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.