Cause #                                          Exhibit G

# 84 C.J.S. Taxation § 151

**Corpus Juris Secundum** | November 2021 Update

**Taxation**
John Bourdeau, J.D., James Buchwalter, J.D., Paul M. Coltoff, J.D., John Glenn, J.D., Rebecca Hatch, J.D., Janice Holben, J.D., Alan J. Jacobs, J.D., John Kimpflen, J.D., Stephen Lease, J.D., Lucas Martin, J.D., Eric Mayer, J.D., Tom Muskus, J.D., Karl Oakes, J.D., Jeffrey J. Shampo, J.D., Eric C. Surette, J.D.,

**III. Liability of Persons and Property**

**A. Private Persons and Property**

**5. Situs of Property**

## § 151. Real property and appurtenances and interests therein

Topic Summary | References | Correlation Table

> **West's Key Number Digest**
> West's Key Number Digest, Taxation🗝2212

**No state can impose taxes on land outside its borders regardless of the domicile of the owner, and a like rule against taxability applies to rights appurtenant to land in another state.**

Real estate is taxable where it lies,[1] and pursuant to the general rule that the taxing power of the state is limited to persons and property within and subject to its jurisdiction,[2] no state can impose taxes on land outside its borders[3] regardless of the domicile of the owner.[4] A like rule against taxability applies to rights appurtenant to land in another state.[5] Although rights in lands are to be regarded in many respects as localized at the place where the land itself is located for purposes of taxation, many legal interests in land other than conventional ownership may be subjected to taxation in states other than the state in which the land is situated, such as the right to tax a valuable contract for the purchase of land located elsewhere[6] or the right to tax a mortgage on land located in another state.[7]

Westlaw. © 2021 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**Footnotes**

| | |
|---|---|
| 1 | Ala.—Alabama Textile Products Corp. v. State, 263 Ala. 533, 83 So. 2d 42 (1955). |
| 2 | Territorial limitation of taxing power, see § 17. |
| 3 | U.S.—Great Atlantic & Pacific Tea Co. v. Grosjean, 301 U.S. 412, 57 S. Ct. 772, 81 L. Ed. 1193, 112 A.L.R. 293 (1937). |

**§ 151. Real property and appurtenances and interests therein, 84 C.J.S. Taxation § 151**

| | |
|---|---|
| 4 | U.S.—Lake Superior Consol. Iron Mines v. Lord, 271 U.S. 577, 46 S. Ct. 627, 70 L. Ed. 1093 (1926). |
| 5 | U.S.—North Side Canal Co. v. State Board of Equalization of Wyoming, 17 F.2d 55 (C.C.A. 8th Cir. 1926). |
| 6 | U.S.—Curry v. McCanless, 307 U.S. 357, 59 S. Ct. 900, 83 L. Ed. 1339, 123 A.L.R. 162 (1939). |
| 7 | Situs of intangible personal property, see § 158. |

**End of Document**  © 2022 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2022 Thomson Reuters. No claim to original U.S. Government Works.   2