Cause #             Exhibit J

> Indiana Administrative Code
>    Title 50. Department of Local Government Finance (Refs & Annos)
>       Article 4.2. Assessment of Tangible Personal Property (Refs & Annos)
>          Rule 1. Administration; Procedure

50 IAC 4.2-1-1.1

## 50 IAC 4.2-1-1.1 Primary definitions

Currentness

Authority: IC 6-1.1-31-1

Affected: IC 6-1.1-1-11; IC 6-1.1-3-1.5

Sec. 1.1. (a) The definitions in this section apply throughout this article.

(b) "Assessed value" or "valuation" means an amount equal to the true tax value of property rounded to the nearest ten dollars ($10).

(c) "Assessing official" means a:

   (1) township assessor, if any;

   (2) county assessor; or

   (3) member of a county property tax assessment board of appeals.

(d) "Assessment date" means January 1.

(e) "Construction in process" means tangible personal property not placed in service. The term includes tangible personal property that has not been depreciated and is not yet eligible for federal income tax depreciation under the Internal Revenue Code. The term does not include inventory, special tools, leased property, or returnable containers.

(f) "Critical spare parts" means parts that are maintained for possible future replacement of parts in use in operating equipment. Critical spare parts are maintained on-site, sometimes for a considerable period of time, to avoid a disruption of production if replacement of a failed part cannot otherwise be made immediately.

(g) "Department" means the department of local government finance.

(h) "Depreciable personal property" has the meaning set forth in 50 IAC 4.2-4-1.

(i) "Filing date" means the date on which every person owning, holding, possessing, or controlling tangible personal property with a tax situs within the state of Indiana as of the assessment date of any year is required to file a personal property tax return. As specified in IC 6-1.1-3-1.5, the filing date is May 15, and shall be considered the filing date for a return regardless of any extension period granted or return filed. If the filing date falls on a Saturday, a Sunday, a national legal holiday recognized by the federal government, or a statewide holiday, the next succeeding business day that is not a Saturday, Sunday, or federal or state holiday becomes the filing date.

(j) "Inventory" means:

   (1) materials held for processing or for use in production;

   (2) finished or partially finished goods of a manufacturer or processor;

   (3) property held for sale in the ordinary course of trade or business; and

   (4) items that qualify as inventory under 50 IAC 4.2-5-1.

The term excludes items that are or should be subject to federal tax depreciation and that are or should be reported for Indiana property tax purposes at cost per 50 IAC 4.2-2-2 in Pool 1 (50 IAC 4.2-4-5) including rent to own assets; DVD, CD, and video games held for rent; and equipment held for rent that is fully expensed in its first year.

(k) "Not substantially compliant" means a tax return that:

   (1) omits five percent (5%) or more of the book cost of the tangible personal property at the location in the taxing district for which a return is filed;

   (2) omits leased property and other nonowned personal property assessable under 50 IAC 4.2-2-4(b) where such omitted property exceeds five percent (5%) of the total assessed value of all reported personal property; or

   (3) is filed with the intent to evade personal property taxes or assessment.

(l) "Original personal property return" means a personal property tax return filed with the proper assessing official by May 15 or, if an extension is granted, the extended filing date.

(m) "Personal property":

   (1) has the meaning set forth in IC 6-1.1-1-11; and

   (2) also includes nonautomotive equipment attached to excise vehicles.

(n) "Personal property and real property guide" means a listing of items of machinery, equipment, or structures as to their assessability as real or personal property for Indiana assessment purposes. Generally, if the item is directly used for manufacturing or a process of manufacturing, it is to be considered as personal property. If the item is land or a building improvement, it is to be considered as real property.

(o) "Placed in service" means the asset is ready and available for a specific use whether in a trade or business, the production of income, or a tax exempt activity. An asset is assessed until it is retired from service. An asset is retired property from service when it is permanently withdrawn from use by:

   (1) sale or exchange of the property;

   (2) conversion to personal use;

   (3) abandonment;

   (4) transfer to a supply or scrap account; or

   (5) property is destroyed.

(p) "Special tools" includes, but is not limited to, tools, dies, jigs, fixtures, gauges, molds, and patterns acquired or made for the production of products or product models, which are of such specialized nature that their utility generally ceases with the modification or discontinuance of such products or product models. Those items of "special tools" being manufactured or built for sale or lease to another person must be valued as inventory pursuant to 50 IAC 4.2-5.

(q) "Taxing district" means an area within a township having tax levies and rates different from the tax levies and rates in other areas within the same township.

(r) "True tax value" as used in this article means the resultant value of property determined in accordance with the rules issued by the department, exclusive of those portions of the rules related to determining assessed value.

**Credits**
(Department of Local Government Finance; 50 IAC 4.2-1-1.1; filed Feb 26, 2010, 2:43 p.m.: 20100324-IR-050090576FRA; filed Nov 2, 2020, 9:34 a.m.: 20201202-IR-050190636FRA)

Current with amendments received through the Indiana Weekly Collection, December 22, 2021. Some sections may be more current; see credits for details.

50 IAC 4.2-1-1.1, 50 IN ADC 4.2-1-1.1

**End of Document**

© 2021 Thomson Reuters. No claim to original U.S. Government Works.