Cause #                                        Exhibit K

**16B Am. Jur. 2d Constitutional Law § 647**

American Jurisprudence, Second Edition    |    November 2021 Update

**Constitutional Law**
Barbara J. Van Arsdale, J.D.; James Buchwalter, J.D; Paul M. Coltoff, J.D.; John A. Gebauer, J.D.; Lonnie E. Griffith, Jr., J.D.; Janice Holben, J.D.; Sonja Larsen, J.D.; Lucas Martin, J.D.; Anne E. Melley, J.D., LL.M., of the staff of the National Legal Research Group, Inc.; Kristina E. Music Biro, J.D., of the staff of the National Legal Research Group, Inc.; Karl Oakes, J.D.; Karen L. Schultz, J.D.; Jeffrey J. Shampo, J.D.; and Kimberly C. Simmons, J.D.

IX. Fundamental Constitutional Rights and Privileges

C. Particular Fundamental Constitutional Rights

3. Property

e. Other Property Rights

# § 647. Statutory property rights

Topic Summary    |    Correlation Table    |    References

**West's Key Number Digest**

West's Key Number Digest, Constitutional Law 1109

Property rights acquired under a statute, duly adjudged to be constitutional, are valid legal rights that are protected by the constitution, not by judicial decision. However, rights acquired under a statute that has not been adjudged valid are subject to be lost if the statute is subsequently adjudged invalid, even though the statute was considered valid by eminent attorneys, public officers, and others.[1]

While legislative power generally includes the power to repeal existing laws as well as the power to enact new laws,[2] the repeal or amendment of a statute can be precluded by the Due Process Clause where vested rights have accrued under the statute.[3]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

Footnotes

| | |
|---|---|
| 1 | State v. Greer, 88 Fla. 249, 102 So. 739, 37 A.L.R. 1298 (1924). |
| 2 | Am. Jur. 2d, Statutes § 259. |
| 3 | § 740. |

**End of Document**                                        © 2022 Thomson Reuters. No claim to original U.S. Government Works.