§ 393. Facts recited in statutes as evidence, 82 C.J.S. Statutes § 393

Cause #                                                              Exhibit L

## 82 C.J.S. Statutes § 393

**Corpus Juris Secundum** | November 2021 Update

**Statutes**
Glenda K. Harnad, J.D. of National Legal Research Group, Janice Holben, J.D, Alan J. Jacobs, J.D., John R. Kennel, J.D. National Legal Research Group, Karl Oakes, J.D., Eric C. Surette, J.D., Alan Weinstein, J.D.

IX. Construction and Operation

A. Rules of Construction

1. In General

f. Other Aspects of Statutory Construction

## § 393. Facts recited in statutes as evidence

Topic Summary | References | Correlation Table

**Recitals of matters of fact in public statutes are admissible but not conclusive evidence of such facts.**

Recitals in public statutes of matters of fact are admissible as evidence of such facts[1] and are entitled to great respect, but they are not conclusive, and they are open to judicial inquiry.[2] Legislative findings are given great weight and will be upheld unless they are found to be unreasonable and arbitrary.[3] An express or implicit legislative determination of the facts and conditions calling for the passage of a law thus is entitled to very great but not conclusive weight;[4] it is the operative text of the legislation, not prefatory findings, that people must obey and that administrators and judges enforce.[5]

Westlaw. © 2021 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

Footnotes

[1]   Fla.—Seagram-Distillers Corp. v. Ben Greene, Inc., 54 So. 2d 235 (Fla. 1951).

[2]   Md.—Grant v. Mayor and City Council of Baltimore, 212 Md. 301, 129 A.2d 363 (1957).
N.Y.—Koch v. Dyson, 85 A.D.2d 346, 448 N.Y.S.2d 698 (2d Dep't 1982).
S.D.—Petition of Oleson, 68 S.D. 435, 3 N.W.2d 880 (1942).
**Debatability of finding**
If the subject on which the legislature makes findings of fact is one that is fairly debatable, a presumption of correctness attaches and remains extant until and unless such findings are challenged and disproved in an appropriate proceeding. However, if the findings of fact are obviously contrary to proved and firmly established truths of which the courts take judicial notice, those findings do not carry with them a presumption of correctness.
Fla.—Seagram-Distillers Corp. v. Ben Greene, Inc., 54 So. 2d 235 (Fla. 1951).

[3]   Cal.—Foundation for Taxpayer and Consumer Rights v. Garamendi, 132 Cal. App. 4th 1354, 34 Cal. Rptr. 3d 354 (2d Dist. 2005), as modified, (Oct. 27, 2005).

[4]   Md.—Grant v. Mayor and City Council of Baltimore, 212 Md. 301, 129 A.2d 363 (1957).

[5]   Or.—City of Portland v. Tidyman, 306 Or. 174, 759 P.2d 242 (1988).

**§ 393. Facts recited in statutes as evidence, 82 C.J.S. Statutes § 393**

**End of Document** © 2021 Thomson Reuters. No claim to original U.S. Government Works.