Case 1:22-cv-00080-JMS-DLP   Document 1-19   Filed 01/13/22   Page 1 of 1 PageID #: 65

§ 3. Nature and purpose of tax—Necessity that tax be for..., 71 Am. Jur. 2d State...

Cause #             Exhibit P

### 71 Am. Jur. 2d State and Local Taxation § 3

**American Jurisprudence, Second Edition** | November 2021 Update

**State and Local Taxation**
John Bourdeau, J.D., Romualdo P. Eclavea, J.D., Janice Holben, J.D., Alan J. Jacobs, J.D., Sonja Larsen, J.D., Jack K. Levin, J.D., Anne E. Melley, J.D., LL.M., of the staff of the National Legal Research Group, Inc., Jeffrey J. Shampo, J.D., and Eric C. Surette, J.D.

**Part One. General Principles**

**I. In General**

### § 3. Nature and purpose of tax—Necessity that tax be for public purpose

Topic Summary | Correlation Table | References

---

**West's Key Number Digest**

West's Key Number Digest, Statutes 223.1, 245

West's Key Number Digest, Taxation 2000 to 2003, 2013

---

A public purpose is necessary to justify any exercise of the taxing power.[1] In other words, taxation involves, and a tax constitutes, a charge or burden imposed to provide revenue for general public purposes[2] of a general nature.[3]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

**Footnotes**

| | |
|---|---|
| 1 | Citizens' Utility Ratepayer Bd. v. State Corp. Com'n of State of Kan., 264 Kan. 363, 956 P.2d 685 (1998); Great Games, Inc. v. South Carolina Dept. of Revenue, 339 S.C. 79, 529 S.E.2d 6 (2000). As to the constitutional requirement with respect to the validity of a tax, that it be imposed for a public rather than a private purpose, see §§ 35 to 43. |
| 2 | Citizens' Utility Ratepayer Bd. v. State Corp. Com'n of State of Kan., 264 Kan. 363, 956 P.2d 685 (1998); Great Games, Inc. v. South Carolina Dept. of Revenue, 339 S.C. 79, 529 S.E.2d 6 (2000). |
| 3 | 2nd Roc-Jersey Associates v. Town of Morristown, 158 N.J. 581, 731 A.2d 1 (1999); Great Games, Inc. v. South Carolina Dept. of Revenue, 339 S.C. 79, 529 S.E.2d 6 (2000). |

**End of Document**      © 2021 Thomson Reuters. No claim to original U.S. Government Works.