Case 1:22-cv-00080-JMS-DLP   Document 1-24   Filed 01/13/22   Page 1 of 2 PageID #: 75

§ 46. Procedure in actions involving property, generally; parties, 63C Am. Jur. 2d...

Cause #        Exhibit U

### 63C Am. Jur. 2d Property § 46

**American Jurisprudence, Second Edition** | November 2021 Update

**Property**
Jeffrey J. Shampo, J.D.

**VI. Practice and Procedure**

**A. Generally**

### § 46. Procedure in actions involving property, generally; parties

Topic Summary | Correlation Table | References

> **West's Key Number Digest**
> West's Key Number Digest, Property🔑1

The law presumes that the infringement of a property right is harmful, and sustains a remedy to vindicate that right and prevent future harm.[1] The rules and principles relating to actions, generally,[2] apply to actions relating to real property with the same force as to other actions.

> **Observation:**
> Courts strongly disfavor the resort to forceful self-help in resolving property disputes.[3]

As a general rule, only the owner of the fee has a right of action for damages to the fee.[4] A trespass on a right of property is actionable upon any physical invasion of it, regardless of whether the invasion causes measurable damages,[5] and an owner, whether he or she is in possession or not, may recover for injury to his or her property by the negligence of another.[6] Further, the owner of any particular right, interest, or estate in real property,[7] including one rightfully in the occupancy or possession of the realty,[8] has, generally at least, a right of action for damages for injury to his or her particular right, interest, or estate. Thus, the holder of a nonpossessory interest in property can generally sue for damage to that interest.[9]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

**Footnotes**

[1]     InnoSys, Inc. v. Mercer, 2015 UT 80, 364 P.3d 1013 (Utah 2015) (injunction).

**§ 46. Procedure in actions involving property, generally; parties, 63C Am. Jur. 2d...**

| | |
|---|---|
| 2 | Am. Jur. 2d, Actions §§ 1 et seq. |
| 3 | Akers v. D.L. White Const., Inc., 156 Idaho 37, 320 P.3d 428 (2014). |
| 4 | Brink v. Moeschl Edwards Corrugating Co., 142 Ky. 88, 133 S.W. 1147 (1911). |
| 5 | InnoSys, Inc. v. Mercer, 2015 UT 80, 364 P.3d 1013 (Utah 2015). |
| 6 | Nashville, C. & St. L. Ry. v. Heikens, 112 Tenn. 378, 79 S.W. 1038 (1904). |
| 7 | Choctaw, O. & G.R. Co. v. Drew, 1913 OK 95, 37 Okla. 396, 130 P. 1149 (1913). |
| 8 | Garrett v. Beers, 97 Kan. 255, 155 P. 2 (1916). |
| 9 | Zonnebloem, LLC v. Blue Bay Holdings, LLC, 200 Wash. App. 178, 401 P.3d 468 (Div. 2 2017). |

**End of Document**   © 2021 Thomson Reuters. No claim to original U.S. Government Works.