Cause #                                                        Exhibit V

### 31A Am. Jur. 2d Extortion, Blackmail, etc. § 9

American Jurisprudence, Second Edition | November 2021 Update

**Extortion, Blackmail, and Threats**
Lucas D. Martin, J.D.

**II. Extortion by Public Officer**

## § 9. Color of office

Topic Summary  |  Correlation Table  |  References

---

**West's Key Number Digest**

West's Key Number Digest, Extortion and Threats ⚷6

---

In order to constitute extortion, the taking must take place under color of office—that is, under the pretense that the officer is entitled to the fee by virtue of his or her office.[1] This requires that the service rendered must be apparently, or pretended to be, within official power or authority, and the money must be taken in such apparent or claimed authority.[2] An officer cannot be charged and convicted of an act which is entirely outside the scope of his or her legal duties.[3]

If a person, who happens to be a public officer, renders a service for another and demands payment in a private capacity, such person cannot be guilty of extortion since the demand was not made under color of office.[4]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

Footnotes

| | |
|---|---|
| 1 | La Tour v. Stone, 139 Fla. 681, 190 So. 704 (1939); Adler v. Sheriff, Clark County, 92 Nev. 641, 556 P.2d 549 (1976); Com. v. Froelich, 458 Pa. 104, 326 A.2d 364, 70 A.L.R.3d 1146 (1974); Com. v. Tiberi, 239 Pa. Super. 152, 361 A.2d 318 (1976). |
| 2 | State v. Savoie, 67 N.J. 439, 341 A.2d 598 (1975); State v. Begyn, 34 N.J. 35, 167 A.2d 161 (1961); State v. Matule, 54 N.J. Super. 326, 148 A.2d 848 (App. Div. 1959). |
| | Convictions for extortion and conspiracy to commit extortion were supported by evidence that the legislator assured an aide that he would assist a bill through the state senate after being informed that the aide had suggested a campaign contribution of $20,000 from an undercover FBI agent posing as a person interested in seeking a change in state law. U.S. v. Carpenter, 961 F.2d 824 (9th Cir. 1992). |
| 3 | Raines v. State, 65 So. 2d 558 (Fla. 1953). |
| 4 | State ex rel. Bourg v. Marrero, 132 La. 109, 61 So. 136 (1913); State v. Savoie, 67 N.J. 439, 341 A.2d 598 (1975); Com. v. Francis, 201 Pa. Super. 313, 191 A.2d 884 (1963). |

**End of Document** © 2022 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW © 2022 Thomson Reuters. No claim to original U.S. Government Works. 2