Cause #                                              Exhibit W

### 31A Am. Jur. 2d Extortion, Blackmail, etc. § 6

**American Jurisprudence, Second Edition**  |  November 2021 Update

**Extortion, Blackmail, and Threats**
Lucas D. Martin, J.D.

**II. Extortion by Public Officer**

## § 6. Generally

Topic Summary  |  Correlation Table  |  References

---

**West's Key Number Digest**

West's Key Number Digest, Extortion and Threats 🔑6

---

**A.L.R. Library**

Extortion: What constitutes the taking of money or other thing of value under color of office, 70 A.L.R.3d 1153

---

Common-law extortion was a property offense committed by a public official who took any money or thing of value that was not due to him or her under the pretense that he or she was entitled to such property by virtue of his or her office.[1] Extortion by a public officer has been defined as the corrupt demanding and receiving by an officer, by color of office, of money or other thing of value, that is not due at all, or more than is due, or before it is due.[2]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

---

Footnotes

1    Scheidler v. National Organization for Women, Inc., 537 U.S. 393, 123 S. Ct. 1057, 154 L. Ed. 2d 991, 188 A.L.R. Fed. 741 (2003).

2    U.S. v. Nardello, 393 U.S. 286, 89 S. Ct. 534, 21 L. Ed. 2d 487 (1969); Com. v. Matchett, 386 Mass. 492, 436 N.E.2d 400 (1982); Adler v. Sheriff, Clark County, 92 Nev. 641, 556 P.2d 549 (1976); State v. O'Flynn, 126 N.H. 706, 496 A.2d 348 (1985).

---

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.