Cause #                                                    Exhibit X

**31A Am. Jur. 2d Extortion, Blackmail, etc. § 8**

*American Jurisprudence, Second Edition* | November 2021 Update

**Extortion, Blackmail, and Threats**
Lucas D. Martin, J.D.

**II. Extortion by Public Officer**

## § 8. Who may commit offense

Topic Summary | Correlation Table | References

---

**West's Key Number Digest**

West's Key Number Digest, Extortion and Threats ⚷10

---

Any public officer clothed with official privileges and duties may be prosecuted for the offense of extortion under color of office whether he or she is a federal, state, or local officer or an executive, legislative, or judicial officer.[1] Any person occupying an official or quasi official position may be guilty of the offense.[2] However, some statutes confine the commission of the crime of extortion to certain specified officers, and in jurisdictions where such statutes exist, those accused of extortion must come within the designated classes.[3]

© 2021 Thomson Reuters. 33-34B © 2021 Thomson Reuters/RIA. No Claim to Orig. U.S. Govt. Works. All rights reserved.

**Footnotes**

| | |
|---|---|
| 1 | U.S. v. Pascucci, 943 F.2d 1032 (9th Cir. 1991); State v. Sweeney, 180 Minn. 450, 231 N.W. 225, 73 A.L.R. 380 (1930); Com. v. Gettis, 166 Pa. Super. 515, 72 A.2d 619 (1950). |
| 2 | La Tour v. Stone, 139 Fla. 681, 190 So. 704 (1939); Com. v. Gettis, 166 Pa. Super. 515, 72 A.2d 619 (1950). |
| 3 | Williams v. U.S., 168 U.S. 382, 18 S. Ct. 92, 42 L. Ed. 509 (1897); State v. Goodman, 9 N.J. 569, 89 A.2d 243 (1952). |

**End of Document**                       © 2022 Thomson Reuters. No claim to original U.S. Government Works.