| | |
|---|---|
| STATE OF INDIANA ) | IN THE MONTGOMERY COURT |
| ) | SS: |
| COUNTY OF MONTGOMERY ) | CAUSE NO._____ |
| ) | Related Cause: 54C01-1609-MI-727 |

STATE OF INDIANA       )   IN THE MONTGOMERY
                       )                  COURT
                       )   SS:
COUNTY OF MONTGOMERY   )   CAUSE NO._____
                       )   Related Cause: 54C01-1609-MI-727

WINDGATE PROPERTIES, LLC,   )
    Plaintiff,            )
                            )
Vs.                         )
                            )
REBECCA J HANKINS, and      )
any and all other unknown   )
Occupants of 20 Center Dr.  )
Crawfordsville, IN 47933    )
    Defendants.           )

### E-Filing Notice of Appearance

1.     Windgate Properties LLC, Initiating.
        PO Box 354, Connersville, IN 47331

2.     Attorney Information (as applicable for service of process)

        Windgate Properties LLC, by:
Name:    Vincent C. Kregear, 35277-49
Address:  501 N. Central Ave.
         Connersville, IN 47331
Email:    vkregear@greesonlaw.com

**IMPORTANT:** Each attorney specified on this appearance:
(a) certify that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and
(c) understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate. see Ind. Admis Disc.2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.     Case type as defined in Administrative Rule 8(B)(3): PL

4.     Does this case involved child support issues: NO

5.  Does this case involve a protection from abuse order: NO

6.  Does this case involve involuntary commitment: NO

7.  Are there related cases: YES: 54C01-1609-MI-727

8.  Additional information required by local rule: NO

Respectfully Submitted,

Vincent Kregear, 35277-49
Attorney, The Law Offices of Wayne Greeson
501 N. Central Ave.
Connersville, IN 47331
vkregear@greesonlaw.com

## Certificate of Service

I hereby certify that a copy of the foregoing pleading or paper has been served upon the following interested parties and/or counsel of record using the Indiana E-Filing System (IEFS), by depositing same in the United States mail in envelopes properly addressed and with sufficient first class postage affixed, by personal service, by email or facsimile if service is so accepted, date of filing:

Rebecca J. Hankins
20 Center Drive
Crawfordsville, Indiana 47933

Vincent Kregear, 35277-49
Attorney, The Law Offices of Wayne Greeson
501 N. Central Ave.
Connersville, IN 47331
vkregear@greesonlaw.com

| | |
|---|---|
| STATE OF INDIANA )<br>)<br>)<br>COUNTY OF MONTGOMERY )<br>) | IN THE MONTGOMERY<br>COURT<br>SS:<br>CAUSE NO._____<br>Related Cause: 54C01-1609-MI-727 |

WINDGATE PROPERTIES, )
LLC, )
    Plaintiff, )
                  )
Vs. )
                    )
REBECCA J HANKINS, and )
any and all other unknown )
Occupants of 20 Center Dr. )
Crawfordsville, IN 47933 )
    Defendants. )

## Petition for Writ of Assistance

Comes now Plaintiff, WindGate Properties, LLC, by Counsel, Vincent Kregear, for its Petition for a Writ of Assistance, pursuant to Indiana Trial Rule 70(A), and states as follows:

1. Plaintiff, WindGate Properties, LLC is the owner of the following described real property located in Richmond, Indiana, having been issued a Tax Deed, recorded as Instrument #201801110, on February 26, 2018, in the Office of the Recorder of Montgomery County, Indiana, (hereinafter "the property"), in which a copy of the recorded deed is marked and attached hereto as "Exhibit A":

    **Parcel No.** 54-10-08-111-106.000-030
    **Legal Description**: Lot Numbered 34, as the same is known and designated on the Recorded Plat of Fishero & Fishero's Fourth Addition to the City of Crawfordsville, in Montgomery County, Indiana, as the same appears of Record in Deed Record 162 Page 401 in the Recorder's Office of said County.

> **More commonly known as**: 20 Center Drive, Crawfordsville, Indiana 47933

2. The property is not currently being rented, leased, or sold on contract by the Plaintiff.

3. Plaintiff, by an authorized agent, discovered that it is not vacant as it should be, and is being occupied by the Defendant, Rebecca J. Hankins.

4. Although Plaintiff has asked the Defendant to vacate the premises, she continues to remain in unlawful possession of the property, occupying the premises without lawful title, right or permission from the lawful owner, and has refused to remove herself and any and all other parties occupying with her, from the property.

**WHEREFORE**, WindGate Properties, LLC, by Counsel, respectfully requests that the Court issue a Writ of Assistance directing the Montgomery County Sheriff to remove Rebecca J. Hankins, and any and all other persons from the above-described premises, and to place WindGate Properties, LLC, and its agents, in possession thereof and,

1. To give the Sheriff the authority to immediately and peaceably remove all persons and obtain possession of the above described real property on demand, or if the Sheriff cannot immediately obtain entrance to any building or enclosure thereon, authorized to use whatever force, in his or her sole and complete discretion, deemed necessary (including but not limited to the use of a locksmith), to remove all persons and to take

possession of the property.

2. To execute the portion of the writ restoring possession to WindGate Properties, LLC and his agents within ten (10) days of the Writ being issued by this court, and make return showing the manner in which the writ was executed within twenty (20) days from the time of receipt hereof.

3. That WindGate Properties, LLC shall be liable for any and all costs and expenses incurred in gaining access to, securing and insuring the real property, including but not limited to the use of a locksmith.

4. That WindGate Properties, LLC shall have an authorized representative present at the premises during the time the Sheriff executes the writ and said representative shall accept possession and control of the real property and any personal property inventoried by the Sheriff, until such time as agreed for the Sheriff to supervise the orderly removal of said personal property by the dispossessed.

5. That any personal property the dispossessed occupants fail or refuse to remove from the said real property by the date given by the Sheriff, will be declared abandoned property and subject to removal and disposal by Plaintiff or its agents.

Respectfully Submitted By:

_____
Vincent Kregear, #35277-49
Attorney for Plaintiff, WindGate Properties, LLC
501 N. Central Avenue
Connersville, IN 47331
E-service: vkregear@greesonlaw.com

| | |
|---|---|
| STATE OF INDIANA )<br>)<br>)<br>COUNTY OF MONTGOMERY )<br>) | IN THE MONTGOMERY<br>COURT<br>SS:<br>CAUSE NO._____<br>Related Cause: 54C01-1609-MI-727 |
| WINDGATE PROPERTIES, )<br>LLC, )<br>   Plaintiff, )<br>)<br>Vs. )<br>)<br>REBECCA J HANKINS, and )<br>any and all other unknown )<br>Occupants of 20 Center Dr. )<br>Crawfordsville, IN 47933 )<br>   Defendants. ) | |

## Writ of Assistance

**TO THE SHERIFF OF MONTGOMERY COUNTY, INDIANA:**

WHEREAS, Plaintiff herein, WindGate Properties, LLC, became the titled owner of real property situate in Wayne County, and more particularly described as:

> **Parcel No.** 54-10-08-111-106.000-030
> **Legal Description**: Lot Numbered 34, as the same is known and designated on the Recorded Plat of Fishero & Fishero's Fourth Addition to the City of Crawfordsville, in Montgomery County, Indiana, as the same appears of Record in Deed Record 162 Page 401 in the Recorder's Office of said County. **More commonly known as**: 20 Center Drive, Crawfordsville, Indiana 47933.

**WHEREAS**, WindGate Properties, LLC, by Counsel, Vincent Kregear, and pursuant to Indiana Trial Rule 70(A), has filed a Petition for a Writ of Assistance to obtain a lawful, peaceable and orderly dispossession of any and all current occupants in unlawful possession of the property, and the court having held a

1

hearing and considered the same, the court now finds said Petition shall be granted.

**YOU ARE HEREBY COMMANDED**, to immediately and peaceably remove Rebecca J. Hankins, and any and all other persons occupying with her, from the above-described premises and obtain possession of the above described real property on demand. If you cannot immediately obtain entrance to any building or enclosure thereon, you are authorized to use whatever force, in your sole and complete discretion, deemed necessary (including but not limited to the use of a locksmith), to remove all persons and to take possession of the property.

**YOU ARE FURTHER COMMANDED**, to execute the portion of this writ restoring possession to WindGate Properties, LLC, and his agents, within Ten (10) days of the Writ being ordered by this court, and make return, showing the manner in which this Writ was executed within twenty (20) days from the time of receipt hereof.

**IT IS HEREBY ORDERED**, that WindGate Properties, LLC shall be liable for any and all costs and expenses incurred in gaining access to, securing and insuring the real property, including but not limited to the use of a locksmith.

**IT IS FURTHER ORDERED**, that WindGate Properties, LLC shall have an authorized representative present at the premises at the time you execute the Writ and said representative shall accept possession and control of the real property and any personal property inventoried by you, until such time as agreed for you to supervise the orderly removal of said personal property.

**IT IS FURTHER ORDERED**, that any personal property the dispossessed occupants fail or refuse to remove from the said real property by the date given by you, will be declared abandoned property and subject to removal and disposal by WindGate Properties, LLC.

ALL OF WHICH SO ORDERED THIS _____.

_____
Honorable Judge

**Distribution To:**
Vincent Kregear
Attorney for WindGate Properties, LLC
501 North Central Avenue
Connersville, Indiana 47331

Montgomery County Sheriff's Department
600 Memorial Dr,
Crawfordsville, IN 47933

Rebecca J. Hankins
20 Center Drive
Crawfordsville, Indiana 47933

Occupant
20 Center Drive
Crawfordsville, Indiana 47933

## Certificate of Service

    I hereby certify that a copy of the foregoing pleading or paper has been served upon the following interested parties and/or counsel of record using the Indiana E-Filing System (IEFS), by depositing same in the United States mail in envelopes properly addressed and with sufficient first class postage affixed, by personal service, by email or facsimile if service is so accepted, date of filing:

Rebecca J. Hankins
20 Center Drive
Crawfordsville, Indiana 47933

_____
Vincent Kregear, #35277-49

4