Rebecca Hankins David Roach
20 Center Dr Crawfordsville Indiana
Zip exempt DMM 602 1.3 e2
765-562-7378

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| REBECCA JANE HANKINS, DAVID JAMES ROACH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERRI BENTLEY, MONTGOMERY COUNTY ASSESSOR, WINGATE PROPERTIES LLC BY VINCENT C. KREGEAR.35277-49, MONGOMERY COUNTY,<br><br>　　　　Defendant | Case No.: [Number]<br>　1:22-cv-00080-JMS-DLP<br><br>ORDER FOR EMERGENCY INJUNCTIVE RELIEF |

　　　Whereas there is ample evidence supporting the claim the property in question known as 20 Center drive Crawfordsville Indiana DMM 602 1.3 e2 zip exempt was exempt from taxation under Ind Code § 6-1.1-2-7(1)(2)(3) Exempt property.

　　　Further there is evidence supporting that No state can impose taxes on conventional ownership of land/Real property **84 C.J.S. Taxation § 151 Real property and appurtenances and interests therein.**

　　　As no evidence has been presented to show Rebecca Hankins didn't hold the property in question in a fee simple Allodial state free hold under conventional ownership at the onset of this matter.

　　　Also no evidence has yet been presented to show Rebecca Hankins did in fact have a mortgage or mortgage credit on or secured by the land in question situated within the State of Indiana there is no evidence of indebtedness secured by such a

ORDER FOR EMERGENCY INJUNCTIVE RELIEF - 1-2

mortgage. So, no tax situs would exist. **84 C.J.S. Taxation § 156 Intangible personal property—Particular obligations, securities, or interests.**

"Since a state can levy a property tax; only on property, having a sit-us in the state provisions, requiring all property within the state to be subject to taxation; it will not be construed; to include property, which has no sit-us. Dept of Revenue v Brookwood associates 324 So.2d 184 (1 DCA 1975), cert. den., 336 So.2d 600 (Fla. 1976)"

This order grants an injunction against any Montgomery County Court from issuing, granting or ordering any writ of Assistance for Wingate Properties LLC by Council Vincent c. kregear.35277-49 Further if any writ of Assistance for Wingate Properties LLC has been issued it is effectively stayed.

**By order of the United States District Court for the Southern District of Indiana I _____ hereby Grant Injunctive Relief to** Rebecca Hankins & David Roach until such time as the **United States District Court for the Southern District of Indiana can determine who the lawful owners of** 20 Center drive Crawfordsville Indiana are or until these Civil proceeding are done.

Dated this_____day of January, 2022.

_____
United States District Court Judge

ORDER FOR EMERGENCY INJUNCTIVE RELIEF - 2-2