UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| REBECCA J. HANKINS and DAVID J. ROACH, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| VS. | ) ) | CASE NO. 1:22-cv-00080-JMS-DLP |
| MONTGOMERY COUNTY, INDIANA, SHERRY BENTLY, MONTGOMERY COUNTY ASSESSOR, TROY TARVIN WINDGATE PROPERTIES LLC, and VINCENT C. KREGEAR, | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## MONTGOMERY COUNT DEFENDANTS' MOTION TO JOIN VINCENT C. KREGEAR'S MOTION FOR STAY OF PROCEEDINGS REGARDING PLAINTIFFS' PENDING MOTIONS

1.    Defendants, Montgomery County, Indiana, and Montgomery County Assessor Sherri Bentley, by counsel, join Defendant, Vincent C. Kregear, in requesting that the Court to stay proceedings regarding Plaintiffs' pending motions, as follows:

2.    On March 9, 2022, Defendant, Vincent C. Kregear, by his attorney, Craig M. McKee, filed a Motion for Stay of Proceedings Regarding Plaintiffs' Pending Motions [Dkt 34].

3.    Kregear requests that the proceedings regarding Plaintiffs' purported Motion for Summary Judgment [Dkt 13], as well as Plaintiffs' first Motion for Declaratory Judgment [Dkt 18] and second Motion for Declaratory Judgment [Dkt 25], be stayed until the Court convenes the parties and establishes a scheduling order for this case following the May 9, 2022, scheduling conference.

4.      The Montgomery County Defendants join Kregear's Motion for Stay, his arguments and reasoning, and requested stay of proceedings regarding Plaintiffs' pending motions until the Court establishes a scheduling order after the May 9, 2022, case scheduling conference.

Wherefore, Defendants, Montgomery County and the Montgomery County Assessor, respectfully join Defendant, Vincent C. Kregear's Motion for Stay, and request that the Court stay all proceedings regarding Plaintiffs' pending motions until after the Court establishes a scheduling order following the May 9, 2022, scheduling conference, and for all other proper relief.

*/s/ J. Kent Minnette*
J. Kent Minnette (#21362-45)
Taylor, Chadd, Minnette, Schneider & Clutter, PC
105 N. Washington Street
Crawfordsville, IN  47933
(765) 361-9680—telephone
(765) 361-9690-fax
Email:  kminnette@tcmsclaw.com
Attorneys for Montgomery County Defendants

**Certificate of Service**

I hereby certify that on March 11, 2022, a copy of the foregoing was filed electronically and by U.S. Mail.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Rebecca Hankins and David Roach
Plaintiffs (by U.S. Mail): 20 Center Drive.
Crawfordsville, Indiana 47933; and
whistleblowertruth@yahoo.com

Richard Wayne Greeson
wgreeson@greesonlaw.com

Craig M. McKee
cmmckee@wilkinsonlaw.com

*/s/ J. Kent Minnette*